E-FILED
Thursday, 30 September, 2010 04:14:57 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES PATRICK CORRELL, )<br>)<br>Defendant. ) | Case No. 10-40049 |

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of United States Magistrate Judge John A. Gorman, to which there has been no timely objection, the plea of guilty of the Defendant to Count 1 is hereby accepted, and Defendant is adjudged guilty of such offenses.

Sentencing remains scheduled on December 17, 2010 at 1:00 p.m.

ENTERED this 29th day of September, 2010.

s/ Michael M. Mihm
Michael M. Mihm
United States District Judge